UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TIMOTHY TROY**

   Plaintiff(s),

  v.

**YORK INSURANCE SERVICES**

   Defendants.
_____/

No. C-**12-05505** EDL

**ORDER OF CONDITIONAL DISMISSAL**

  The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

  IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: June 10, 2013

                 _____
                 ELIZABETH D. LAPORTE
                 United States Chief Magistrate Judge